IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUAN MENDOZA, and all others similarly situated under 29 U.S.C. 216(B),<br><br>　　Plaintiff,<br><br>v.<br><br>LFC MANAGEMENT SERVICES, INC.,<br><br>　　Defendant. | Civil Action No. 3:15-CV-01729-L |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Juan Mendoza ("Mendoza" or "Plaintiff") and Defendant LFC Management Services, Inc. ("LFC" or "Defendant") move to dismiss all claims and causes of action asserted in the above-styled cause with prejudice.

The parties have agreed to resolve this matter outside of further litigation. As a result, Plaintiff no longer wishes to pursue this action against Defendant and requests the Court to dismiss this lawsuit with prejudice.

WHEREFORE, Plaintiff and Defendant request that this Motion be granted in all respects and that this case be dismissed with prejudice.

The parties agree to bear their own costs and fees.

Dated November 23, 2015

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/ Thomas J. Urquidez* | */s/ Lindsey D. Sberna* |
| Thomas J. Urquidez | Jeremy W. Hawpe |
| Texas State Bar No. 24052001 | Texas State Bar No. 24046041 |
| tom@tru-legal.com | jhawpe@littler.com |
| urquidezlawfirm@gmail.com | Lindsey D. Sberna |
| | Texas State Bar No. 24055434 |
| | lsberna@littler.com |
| URQUIDEZ LAW FIRM, LLC | LITTLER MENDELSON, P.C. |
| 5440 Harvest Hill, Suite 145E | A Professional Corporation |
| Dallas, TX 75230 | 2001 Ross Avenue |
| 214.420.3366 | Suite 1500, Lock Box 116 |
| 214.206.9802 (Fax) | Dallas, TX 75201.2931 |
| | 214.880.8100 |
| ATTORNEY FOR PLAINTIFF | 214.880.0181 (Fax) |
| | |
| | ATTORNEYS FOR DEFENDANT |