IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JUAN MENDOZA and all others similarly situated under 29 U.S.C. 216(B),** § § § | | |
| Plaintiff, § § | | |
| v. § § | Civil Action No. **3:15-CV-1729-L** | |
| **LFC MANAGEMENT SERVICES, INC.,** § § § § | | |
| Defendant. § | | |

# ORDER

Before the court is the parties' Joint Motion for Dismissal With Prejudice, filed November 23, 2015. The parties have resolved this action and do not wish to pursue it further. The court determines that the motion should be, and is hereby, **granted**. Accordingly, all claims of Plaintiff Juan Mendoza against Defendant LFC Management Services, Inc., are **dismissed with prejudice.** The parties shall bear their own costs.

**It is so ordered** this 24th day of November, 2015.

Sam A. Lindsay
United States District Judge

Order – Solo Page